POLSINELLI LLP
MICHELE HAYDEL GEHRKE (SBN 215647)
mgehrke@polsinelli.com
GARRETT PARKS (SBN 297971)
gparks@polsinelli.com
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone: (415) 248-2100
Facsimile: (415) 248-2101

**Attorneys for Defendant**
SOUTHWEST AIRLINES CO.


BROCK & GONZALES, LLP
TIMOTHY J. GONZALES, (SBN 234923)
tg@brockgonzales.com
CHRISTOPHER P. BRANDES, (SBN 282801)
cb@brockgonzales.com
SHERYL, L. MARX, (SBN 311475)
sm@brockgonzales.com
6701 Center Drive West, Ste. 610
Los Angeles, CA 90045
Telephone: (310) 294-9595
Facsimile: (310) 961-3673

**Attorneys for Plaintiff**
AUNDREA BATTE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUNDREA BATTE,<br><br>               Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES and DOES 1 TO 25,<br><br>               Defendant. | CASE NO. 3:17-cv-06410-CRB<br><br>Judge: *Hon. Charles R. Breyer*<br>Crtrm: 6<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE** |

# [~~PROPOSED~~] ORDER

Based on the parties' Stipulation of Dismissal, it is hereby **ORDERED** that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and
2. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 9, 2018

_____
The Honorable Charles R. Breyer
United States District Court Judge